**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | JOSE ANTONIO OLIVERAS NIEVES |
| Debtor 2 (Spouse, if filing) | NILDA ROSA COLON OTERO |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (If known) | 18-04794 |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

# Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | SOCIAL SECURITY PENSION | Secretary |
| Employer's name | | Departamento de Educacion |
| Employer's address | | Ave Teniente Gonzalez<br>San Juan, PR 00919 |
| How long employed there? | | 29 |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 2,161.00 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 0.00 | $ 2,161.00 |

Debtor 1 JOSE ANTONIO OLIVERAS NIEVES
Debtor 2 NILDA ROSA COLON OTERO
Case number (if known) 18-04794

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 4. | Copy line 4 here | $ 0.00 | $ 2,161.00 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 165.30 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 183.68 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 111.22 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 44.76 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 27.28 |
| 5h. | Other deductions. Specify: sc trans oceanic life | 5h.+ | $ 0.00 + | $ 19.50 |
| | Ahorros AEELA | | $ 0.00 | $ 64.84 |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6. $ 0.00   $ 616.58

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7. $ 0.00   $ 1,544.42

8. List all other income regularly received:
   8a. Net income from rental property and from operating a business, profession, or farm
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ 0.00   $ 0.00
   8b. Interest and dividends   8b. $ 0.00   $ 0.00
   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ 0.00   $ 0.00
   8d. Unemployment compensation   8d. $ 0.00   $ 0.00
   8e. Social Security   8e. $ 0.00   $ 0.00
   8f. Other government assistance that you regularly receive
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify:   8f. $ 0.00   $ 0.00
   8g. Pension or retirement income   8g. $ 1,064.00   $ 0.00
   8h. Other monthly income. Specify: CHRISTMAS BONUS ( NET 554.10)   8h.+ $ 0.00 +   $ 46.17

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9. $ 1,064.00   $ 46.17

10. Calculate monthly income. Add line 7 + line 9.   10. $ 1,064.00 + $ 1,590.59 = $ 2,654.59
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____   11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies   12. $ 2,654.59
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | JOSE ANTONIO OLIVERAS NIEVES | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 | NILDA ROSA COLON OTERO | |
| (Spouse if, filing) | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | |
| Case number (if known) | 18-04794 | ■ Check if this is an amended filing |

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules                                12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ JOSE ANTONIO OLIVERAS NIEVES                X  /s/ NILDA ROSA COLON OTERO
   JOSE ANTONIO OLIVERAS NIEVES                       NILDA ROSA COLON OTERO
   Signature of Debtor 1                               Signature of Debtor 2

   Date  August 5, 2020                                Date  August 5, 2020

Official Form 106Dec      Declaration About an Individual Debtor's Schedules
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

```
Label Matrix for local noticing        FIRSTBANK DE PUERTO RICO              (p)JEFFERSON CAPITAL SYSTEMS LLC
0104-3                                 MARTINEZ & TORRES LAW OFFICES PSC     PO BOX 7999
Case 18-04794-BKT13                    PO BOX 192938                         SAINT CLOUD MN 56302-7999
District of Puerto Rico                SAN JUAN, PR 00919-3409
Old San Juan
Wed Aug  5 14:39:16 AST 2020
ORIENTAL BANK CCU                      US Bankruptcy Court District of P.R.  American Express
CCU BANKRUPTCY DEPARTMENT              Jose V Toledo Fed Bldg & US Courthouse PO BOX 981537
PO BOX 364745                          300 Recinto Sur Street, Room 109       El Paso, TX 79998-1537
SAN JUAN, PR 00936-4745                San Juan, PR 00901-1964

Asociacion de Empleados del ELA        DEPARTMENT OF TREASURY                Departamento de Hacienda / Quiebras
PO BOX 364508                          BANKRUPTCY SECTION 424 B              P.O. Box 9024140
San Juan, PR 00936-4508                PO BOX 9024140                        San Juan, PR 00902-4140
                                       SAN JUAN, PR 00902-4140

ELA DEPARTMMENT OF TREASURY            ELA DEPRARTMENT OF TREASURE           FIRST BANK
P.O. Box 9024140                       PO BOX 9024140                        PO BOX 13871
San Juan, PR 00902-4140                SAN JUAN, PR 00902-4140               San Juan, PR 00908-3871

FIRST BANK                             FIRSTBANK MORTGAGE DIVISION (475)     Island Finance
PO BOX 9146                            PO BOX 9146                           PO BOX 1953369
San Juan, PR 00908-0146                SAN JUAN, PR 00908-0146               San Juan, PR 00919-5369

ORIENTAL BANK                          (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Synchrony Bank / Bankruptcy Departmen
Centralized Collections Unit           PO BOX 41067                          PO Box 965064
BOX 364745,                            NORFOLK VA 23541-1067                 Orlando, FL 32896-5064
SAN JUAN, P.R. 00936-4745
Att.: RAMN A. SNCHEZ MARRERO 00936-4745

Syncrony Bank /Jcpenney                JOSE ANTONIO OLIVERAS NIEVES          JOSE RAMON CARRION MORALES
PO BOX 965007                          URB LAS VILLAS DE SANTA JUANITA       PO BOX 9023884
Orlando, FL 32896-5007                 B 18 CALLE 2                          SAN JUAN, PR 00902-3884
                                       BAYAMON, PR 00956

MELISSA WILDA COFAN HERNANDEZ          MONSITA LECAROZ ARRIBAS               NILDA ROSA COLON OTERO
PO BOX 944                             OFFICE OF THE US TRUSTEE (UST)        URB LAS VILLAS DE SANTA JUANITA
DORADO, PR 00646-0944                  OCHOA BUILDING                        B 18 CALLE 2
                                       500 TANCA STREET  SUITE 301           BAYAMON, PR 00956
                                       SAN JUAN, PR 00901
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC          (d)Jefferson Capital Systems LLC      Portfolio Recovery Associates, LLC
PO Box 7999                            Po Box 7999                           POB 12914
St Cloud, MN 56302-9617                Saint Cloud Mn 56302-9617             Norfolk VA 23541
```

```
End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23
```