Fill in this information to identify your case:

Debtor 1: JOSE ANTONIO OLIVERAS NIEVES

Debtor 2: NILDA ROSA COLON OTERO
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number: 18-04794
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.
   ■ Yes. Does Debtor 2 live in a separate household?

   ■ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?   ☐ No
   Do not list Debtor 1 and   ■ Yes. Fill out this information for each dependent.....
   Debtor 2.

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 21 | ☐ No ■ Yes |
|  |  | ☐ No ☐ Yes |
|  |  | ☐ No ☐ Yes |
|  |  | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ■ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4. $ 429.00

   If not included in line 4:

   4a. Real estate taxes                                           4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance                4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses               4c. $ 100.00
   4d. Homeowner's association or condominium dues                 4d. $ 0.00

5. Additional mortgage payments for your residence, such as home equity loans  5. $ 0.00

Official Form 106J                    Schedule J: Your Expenses                    page 1

Debtor 1   JOSE ANTONIO OLIVERAS NIEVES
Debtor 2   NILDA ROSA COLON OTERO                                  Case number (if known)   18-04794

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 195.00
   - 6b. Water, sewer, garbage collection — 6b. $ 111.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 191.00
   - 6d. Other. Specify: Netflix — 6d. $ 10.99
   - Liberty Internet — $ 56.00
7. Food and housekeeping supplies — 7. $ 692.00
8. Childcare and children's education costs — 8. $ 0.00
9. Clothing, laundry, and dry cleaning — 9. $ 100.00
10. Personal care products and services — 10. $ 69.00
11. Medical and dental expenses — 11. $ 104.00
12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 190.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books — 13. $ 50.00
14. Charitable contributions and religious donations — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 0.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). — 18. $ 0.00
19. Other payments you make to support others who do not live with you. Specify: — 19. $ 0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. Other: Specify: Social Security Income ( saved for emergencies) — 21. +$ 53.00
    Tuition for daughter ( $1,834/12) — +$ 152.83

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 2,503.82
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 2,503.82

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 2,654.59
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 2,503.82
    - 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ 150.77

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.   Explain here:

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | JOSE ANTONIO OLIVERAS NIEVES | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse if, filing) | NILDA ROSA COLON OTERO | |
| | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | |
| Case number (if known) | 18-04794 | ■ Check if this is an amended filing |

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules      12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ JOSE ANTONIO OLIVERAS NIEVES          X /s/ NILDA ROSA COLON OTERO
JOSE ANTONIO OLIVERAS NIEVES                   NILDA ROSA COLON OTERO
Signature of Debtor 1                                        Signature of Debtor 2

Date  August 5, 2020                                       Date  August 5, 2020

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 18-04794-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Wed Aug  5 14:39:16 AST 2020 | FIRSTBANK DE PUERTO RICO<br>MARTINEZ & TORRES LAW OFFICES PSC<br>PO BOX 192938<br>SAN JUAN, PR 00919-3409 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| ORIENTAL BANK CCU<br>CCU BANKRUPTCY DEPARTMENT<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | American Express<br>PO BOX 981537<br>El Paso, TX 79998-1537 |
| Asociacion de Empleados del ELA<br>PO BOX 364508<br>San Juan, PR 00936-4508 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424 B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | Departamento de Hacienda / Quiebras<br>P.O. Box 9024140<br>San Juan, PR 00902-4140 |
| ELA DEPARTMMENT OF TREASURY<br>P.O. Box 9024140<br>San Juan, PR 00902-4140 | ELA DEPRARTMENT OF TREASURE<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | FIRST BANK<br>PO BOX 13871<br>San Juan, PR 00908-3871 |
| FIRST BANK<br>PO BOX 9146<br>San Juan, PR 00908-0146 | FIRSTBANK MORTGAGE DIVISION (475)<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | Island Finance<br>PO BOX 1953369<br>San Juan, PR 00919-5369 |
| ORIENTAL BANK<br>Centralized Collections Unit<br>BOX 364745,<br>SAN JUAN, P.R. 00936-4745<br>Att.: RAMN A. SNCHEZ MARRERO 00936-4745 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Synchrony Bank / Bankruptcy Departmen<br>PO Box 965064<br>Orlando, FL 32896-5064 |
| Syncrony Bank /Jcpenney<br>PO BOX 965007<br>Orlando, FL 32896-5007 | JOSE ANTONIO OLIVERAS NIEVES<br>URB LAS VILLAS DE SANTA JUANITA<br>B 18 CALLE 2<br>BAYAMON, PR 00956 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MELISSA WILDA COFAN HERNANDEZ<br>PO BOX 944<br>DORADO, PR 00646-0944 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | NILDA ROSA COLON OTERO<br>URB LAS VILLAS DE SANTA JUANITA<br>B 18 CALLE 2<br>BAYAMON, PR 00956 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23